# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-11533-cag |
| | § | |
| **SPEEDWAY CONDO PROJECT, L.P.** | § | |
| | § | |
| **Debtor.** | § | Chapter 11 |

## NOTICE REGARDING CLAIM

TO THE HONORABLE JUDGE OF SAID COURT:

1.  Michael Episcope ("Episcope") is a limited partner of The Oaks of Travis Heights Condo Project, LP (the "Oaks of Travis Heights").

2.  Episcope filed a secured claim as a derivative claim, on behalf of the Oaks of Travis Heights.

3.  The Oaks of Travis Heights has filed a Chapter 11 proceeding in Case No. 10-13389 in the Western District of Texas.

4.  The claims asserted by Mr. Episcope belong to the Oaks of Travis Heights and the automatic stay precludes Episcope from continuing to assert those claims.

5.  Speedway Condo Project, L.P. has filed a Chapter 11 plan and an amended Chapter 11 plan. Episcope believes that numerous provisions of the plan are objectionable, as describe in the objection of the United States Trustee, filed on January 10, 2011.

6.  Episcope has advised the attorney for the Oaks of Travis Heights of the nature of Episcope's claim and the status of the Speedway Condo Project, L.P. plan and the objectionable provisions of the plan.

Respectfully submitted,
VON KREISLER & SWANSON, P.C.


/S/ Robert W. Swanson
Robert W. Swanson
SBN 19555550
610 West Lynn
Austin, Texas 78703
(512) 472-1494
(512) 478-4936 (telefax)

ATTORNEYS FOR MICHAEL EPISCOPE


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice was served on Rogena Jan Atkinson, P.O. Box 90628, San Antonio, Texas 78209, Speedway Condo Project, L.P., 604 Gaylor Street, Suite A, Austin, TX 78752 and United States Trustee, 903 San Jacinto, Suite 230, Austin, Texas 78701 and on Douglas J. Powell, P.C., 820 West 10th Street, Austin, TX 78701-2065, on January 10, 2011, by United States First Class Mail or by Electronic Notification.


/S/ Robert W. Swanson
ROBERT W. SWANSON